1038

[No. 7718–0–I.   Division One.   July 21, 1980.]

DAVID K. WELLS, JR., *Respondent*, v. KITSAP COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 840379, Horton Smith, J., entered May 17, 1979. *Reversed* and *remanded* by unpublished opinion per James, A.C.J., concurred in by Swanson and Dore, JJ.

[No. 7770–8–I.   Division One.   July 21, 1980.]

HERMAN MICHELSON, ET AL, *Respondents*, v. BRUNO BOLZ, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 843447, Frank D. Howard, J., entered June 11, 1979. *Affirmed* by unpublished opinion per Durham–Divelbiss, J., concurred in by Andersen and Ringold, JJ.

[No. 7829–1–I.   Division One.   July 21, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. VELMA JEAN SYKES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89465, Gerard M. Shellan, J., entered July 12, 1979. *Remanded with instructions* by unpublished opinion per Dore, J., concurred in by Callow, C.J., and Ringold, J.

[No. 3895–II.   Division Two.   July 22, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY BREWER, *Appellant*.

Appeal from a judgment ·of the Superior Court for Clallam County, No. 5116, Tyler C. Moffett, J., entered January 26, 1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.